IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

GRANT E. HESSMAN,                        )
                                         )
                 Plaintiff,              )
                                         )
v.                                       )          No. 3:06-CV-323
                                         )          (VARLAN/SHIRLEY)
SENCORP, INC., SENTINEL PRODUCTS         )
CORPORATION, and DAVIS-STANDARD          )
CORPORATION,                             )
                                         )
                 Defendants.             )

## MEMORANDUM AND ORDER

This civil action is before the Court pursuant to 28 U.S.C. § 636(b), the Rules of this

Court, and by Order [Doc. 37] of the Honorable Thomas A. Varlan, United States District Judge,

for disposition of defendant Davis-Standard Corporation's Motion for Protective Order [Doc. 35]

and the plaintiff's Motion for Revised Scheduling Order. [Doc. 36]  The parties appeared before the

Court on February 4, 2008, for a hearing on the instant motions.  Attorney J. Anthony Farmer

appeared on behalf of plaintiff Grant Hessman, attorney Robert R. Davies appeared on behalf of

intervening plaintiff The Hartford, and attorney Charles B. Lewis appeared on behalf of defendant

Davis Standard Corporation.

During the hearing, defense counsel indicated that defendant Davis Standard

Corporation's Motion for Protective Order [Doc. 35] was being withdrawn.  Accordingly, the

defendant's motion [Doc. 35] is hereby **DENIED as moot**.  Also during the hearing, counsel for the

plaintiff and the intervening plaintiff stated that, because of ongoing medical treatment of the

plaintiff, the plaintiff's damages  and the intervening plaintiff's financial interest in this case could

not yet be fully determined.  The parties also stated that they hoped to mediate this case before going to trial.  In light of these reasons, the Court finds the plaintiff's Motion for Revised Scheduling Order [Doc. 36] to be well-taken and the same is hereby **GRANTED**.  The trial in this matter, previously scheduled for June 2, 2008, is hereby continued to **November 11, 2008**.  During the hearing, the Court also reset the following deadlines:  plaintiff's expert disclosures are due on or before **August 18, 2008**; the defendants' expert disclosures are due on or before **September 8, 2008**; the discovery deadline, including the taking of depositions for proof, is **October 17, 2008**; a mediation deadline is set for **July 31, 2008**; and any dispositive motions are due on or before **July 17, 2008**.  Any unexpired deadlines not addressed above shall be recalculated in accordance with the previously entered Scheduling Order [Doc. 16] based upon the new trial date.  No further continuances will be granted in this matter absent extraordinary circumstances.

       **IT IS SO ORDERED.**

                   ENTER:

                        s/ C. Clifford Shirley, Jr.
                       United States Magistrate Judge